HARLD HOLDING COMPANY, appellant,

*v.*

MARGARET B. LAIRD et al., respondents.

[Decided May 14th, 1928.]

On appeal from a decree of the court of chancery.

*Mr. Harry T. Davimos,* for the appellant.

*Mr. Horace C. Grice,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church, and reported in *101 N. J. Eq. 94.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, JJ. 14.

*For reversal*—None.